# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR99-167 CBM | Date | June 21, 2013 |
|---|---|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|
| Interpreter | N/A |

| Joseph M. Levario | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Royal Caribbean Cruises, Ltd. | not | | | Jan Lawrence Handzlik | not | | x |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

A Satisfaction of Judgment (#15) having been filed and the case having been transferred to the Southern District of Florida, IT IS ORDERED that this case be removed from the active caseload and terminated.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | JL | |